ROBERT A. DOLINKO (State Bar No. 076256)
radolinko@thelenreid.com
CHRIS D. BAKER (State Bar No. 181557)
cbaker@thelenreid.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street; Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
THE HERTZ CORPORATION

**FILED**
07 OCT 16 PM 3: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

HRL

ROBERT HIGAREDA, on behalf of himself
and all others similarly situated,

                    Plaintiff,

        vs.

THE HERTZ CORPORATION, a Delaware
Corporation,

                    Defendant.

Case No.: **07 52681**

**DECLARATION OF KRISTA
MEMMELAAR IN SUPPORT OF
REMOVAL OF ACTION**

**Complaint Filed:** September 10, 2007
**Trial Date:** None

I, Krista Memmelaar, hereby declare and state:

1.    I am a Manager, Employee Relations employed by The Hertz Corporation ("Hertz"). My office is located at 225 Brae Boulevard, Park Ridge, New Jersey, the corporate headquarters of Hertz and its domestic subsidiaries. I have been employed by Hertz for 11 years and I am familiar with Hertz' operations in the United States. In my position, I have access to information and data regarding the staffing, business operations and revenues of Hertz and its domestic subsidiaries.

1     2.     I have read the Complaint in the lawsuit filed by Manager Robert Higareda in

2  the Superior Court of California, County of Santa Clara. This declaration is based on my

3  personal knowledge, and if called upon to testify as to the facts set forth in this declaration, I

4  could and would competently testify to them.

5     3.     Hertz either directly, or through its domestic subsidiaries, operates "on-airport"

6  and "off-airport" rental facilities in 44 of the 50 states. Melinda Friend and John Nhieu

7  worked as managers at Hertz' "on-airport" rental facility located at the airport in San Jose,

8  California.

9     4.     Hertz is incorporated in the State of Delaware.

10     5.     This declaration is based on my personal knowledge, and business records kept

11  in the regular course of business. With respect to those business records, the entries are made

12  in a timely manner by people with knowledge of the information, and it is the regular practice

13  of Hertz' business to maintain such records. In my position, I have access to all the corporate

14  information which is included in this declaration. If called upon to testify as to the facts set

15  forth in this declaration, I could and would competently testify to them.

16     6.     As of June 30, 2007, Hertz had approximately 1,606 on-airport and off-airport

17  profit-center rental locations in the U.S. Of those 1,606 profit-center locations, approximately

18  273 were within the State of California. Hertz does not purchase property for its rental

19  locations. Thus, if "tangible property" is considered to be leased real estate, only about 17.0

20  percent of Hertz' tangible property is located within California. The next largest states in

21  terms of Hertz' profit-center rental locations as of June 30, 2007 were: Florida 155 (9.7%);

22  Texas 123 (7.7%); Illinois 83 (5.2%); and New York 83 (5.2%). The second quarter of 2007

23  is the most recent period for which Hertz has such data available.

24     7.     As of June 30, 2007, approximately 11,230 full-time employees in the United

25  States worked at Hertz' on-airport and off-airport locations. Approximately 2,299 (or 20.5%

26  of this national total) worked at these locations in the State of California. The next largest

27  states in terms of employees were: Florida 1,602 (14.3%); Texas 858 (7.6%); Illinois 543

28

Error! Unknown document property name.-812307-99    -2-

DECLARATION OF KRISTA MEMMELAAR IN SUPPORT OF REMOVAL OF ACTION

1  (4.8%); and New York 614 (5.5%). There has been no meaningful change in the comparative

2  data by state over the past few months.

3        8.    The total rental revenue earned by all on-airport and off-airport rental operations

4  nationwide in 2006 (the last full year for which data is available) was approximately $4.371

5  billion. Of this amount, approximately $811 million (or 18.6%) was revenue earned by

6  operations in the State of California. The next largest states in terms of 2006 revenues from

7  on-airport and off-airport rental operations were: Florida $505 million (11.6%); New York

8  $213 million (4.9%); Texas $296 million (6.8%); and Illinois $158 million (3.6%).

9        9.    In terms of rental activity in 2006, the last full year for which data is available,

10  Hertz' on-airport and off-airport locations processed approximately 20,940,000 vehicle

11  transactions (i.e., rentals) nationwide that year. Of this figure, approximately 3,801,000

12  transactions (or 18.2%) were processed in the State of California. The next largest states in

13  terms of on-airport and off-airport vehicle transactions in 2006 were: Florida 2,245,000

14  (10.7%); New York 943,000 (4.5%); Texas 1,566,000 (7.5%); and Illinois 873,000 (4.2%).

15        10.    There is no single state where a majority of Hertz' business takes place or

16  revenues are derived. Hertz' business activities are spread among the 44 states where it does

17  business.

18        11.    The leadership of Hertz and its domestic subsidiaries is found at our New Jersey

19  corporate headquarters. The major administrative operations for Hertz and its domestic

20  subsidiaries are found in Park Ridge, New Jersey and Oklahoma City, Oklahoma. The core

21  executive and administrative functions for Hertz and its domestic subsidiaries are carried out

22  in New Jersey and, to a lesser extent, Oklahoma. Hertz' overall executive and administrative

23  functions are not found in the State of California.

24        12.    For employment purposes, Hertz considers full-time employees to be those who

25  are anticipated to work 40 hours per week or more.

26        13.    Hertz' Corporate Payroll Department is responsible for generating payroll

27  checks, including those for managers working at the on-airport rental locations in California.

28  The Corporate Payroll Department maintains these payroll records in the regular course of

Error! Unknown document property name.-812307-99     -3-

DECLARATION OF KRISTA MEMMELAAR IN SUPPORT OF REMOVAL OF ACTION

1  business, it is the responsibility of that department to do so, and entries to the payroll system

2  are made by individuals responsible for doing so.

3      14.    The Corporate Payroll Department ran a report reflecting all Station Managers

4  and Senior Station Managers (also respectively referred to as Location Manager 1 and

5  Location Manager 2) employed by Hertz at its on-airport rental operations in California from

6  September 6, 2003 through September 6, 2007, along with a listing of the total number of

7  weeks that they worked (and for which they received paychecks).  Based upon my knowledge

8  and experience with Hertz, there is no material difference in monetary terms between this

9  four-year time period and a four year period running from September 10, 2003 to September

10  10, 2007.

11      15.    The report I received from the Corporate Payroll Department reflected that

12  Hertz employed 342 Station Managers and Senior Station Managers (and their current

13  equivalents at the airport locations, Location Managers 1 and 2) at its locations in California

14  during the period September 6, 2003 through September 6, 2007.  Together, they worked a

15  total of 26,421 weeks.

16      16.    The report I received from the Corporate Payroll Department also provided

17  salary data for the 342 Station Managers and Senior Station Managers (Location Managers

18  Levels 1 and 2) in California.  During the period September 6, 2003 through September 6,

19  2007, the average annual base salary earned by these on-airport managers in California was

20  approximately $40,000.

21      17.    The equivalent hourly rate for a manager earning $40,000 a year would be

22  $19.23 per hour (calculated by dividing $40,000 by 2,080 - - [40 hours per week x 52 weeks =

23  2,080 hours per year]).

24      18.    I understand that Mr. Higareda alleges that Hertz did not pay him and other

25  similarly situated employees in California for overtime hours worked.  The Complaint, further

26  alleges that Mr. Higareda and others regularly worked a minimum of 10 hours per day.  Hertz

27  maintains that Mr. Higareda and all other on-airport managers are exempt under the

28  administrative, executive and/or other applicable exemptions and thus they are not entitled to

1  be paid overtime.  Nonetheless, based on the allegations of Mr. Higareda's Complaint, I have

2  employed an estimate that, on average, each Station Manager and Senior Station Manager at

3  Hertz' on-airport rental operations worked ten (10) hours of "overtime" per week, at an

4  average rate of $28.85 per hour (which is one and one-half times $19.23, the average hourly

5  rate for all such managers during the last four years, as stated above).  If entitled to such

6  payment, each such manager would have earned approximately $288.50 in "overtime" per

7  week.  When multiplied by the 26,421 weeks of work by individuals who held the position of

8  Station Manager and Senior Station Manager (as noted above), the potential liability for

9  unpaid "overtime" totals $7,622,458; well in excess of five million dollars.

10       I declare under penalty of perjury under the law of the United States that the foregoing

11  is true and correct.  This declaration was executed on October 16, 2007, at Park Ridge, New

12  Jersey.

13

14                                   Krista Memmelaar

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KRISTA MEMMELAAR IN SUPPORT OF REMOVAL OF ACTION