1  ROBERT A. DOLINKO (State Bar No. 076256)
   radolinko@thelen.com
2  CHRIS BAKER (State Bar No. 181557)
   cbaker@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street; Suite 1800
4  San Francisco, CA 94105
   Telephone: (415) 371-1200
5  Facsimile: (415) 371-1211

6  Attorneys for Defendant
   THE HERTZ CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | ROBERT HIGAREDA, on behalf of himself | Case No.: C-07-5268 HRL
12 | and all others similarly situated,    |
13 |                        Plaintiffs,    | **CERTIFICATE OF SERVICE**
14 | vs.                                   |
15 | THE HERTZ CORPORATION, a Delaware     |
16 | Corporation,                          |
17 |                        Defendant.     |
18
19
20

21     I am over the age of 18 and not a party to the within action. I am employed in the County

22 of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My

23 business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

24     On October 17, 2007, I served the following entitled document:

25     **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C.
       § 1332(d) AND 28 U.S.C. § 1441(a)**
26
       **DECLARATION OF KRISTA MEMMELAAR IN SUPPORT
27     OF REMOVAL OF ACTION**

28     **ECF REGISTRATION INFORMATION HANDOUT**

SF #1353216 v1                        -1-
                    CERTIFICATE OF SERVICE BY MAIL

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**NOTICE OF ASSIGNMENT OF CASE TO UNITED STATES DISTRICT JUDGE (Consent / Declination To Proceed)**

**ORDER RE: INITIAL CASE MANAGEMENT AND DISCOVERY DISPUTES**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

> Andrew J. Ogilvie
> Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
> 445 Bush Street, Sixth Floor
> San Francisco, California 94108

> Robert J. Stein III
> Divincenzo Schoenfield Swartzman
> 33 N. LaSalle Street, 29th Floor
> Chicago, IL 60602

> Stephen T. Rodd
> Stephanie Amin-Giwner
> Orin Kurtz
> Abbey Spanier Rodd & Abrams, LLP
> 212 East 39th Street
> New York, New York 10016

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2007 at San Francisco, California.

_Lisa Schuh_