```
STEPHANIE AMIN-GIWNER
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191
```

FILED

08 JAN 10 P 3: 52

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. C-07-5268 HRL<br><br>**APPLICATION FOR ADMISSION OF STEPHANIE AMIN-GIWNER** *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, Stephanie Amin-Giwner, an active member in good standing of the bar of the State of New York, hereby applies for admission in the Northern District of California on a *pro hac vice* basis representing Robert Higareda, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest Court of the State of New York, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

ANDREW J. OGILVIE (SBN 57932)
KEMNITZER, ANDERSON, BARRON,

Page 1

1  
2  OGILVIE & BREWER LLP
445 Bush Street, Sixth Floor
San Francisco, California 94108
Tel: 415/861-2265
3  
4  I declare under perjury that the foregoing is true and correct.
5  
6  Dated: 1|8|08
7  
8  
9  _Stephanie Amin-Giwner_ (signature)
Stephanie Amin-Giwner
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28