Fee Paid

STEPHEN T. RODD
ABBEY SPANIER RODD & ABRAMS, LLP
212 East 39th Street
New York, New York 10016
Telephone: (212) 889-3700
Facsimile: (212) 684-5191

FILED

2008 JAN 10 P 3: 54

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT HIGAREDA, on behalf of himself and all others similarly situated,

Plaintiff,

v.

THE HERTZ CORPORATION, a Delaware Corporation,

Defendant.

CASE NO. C-07-5268 HRL

APPLICATION FOR ADMISSION OF STEPHEN T. RODD *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Stephen T. Rodd, an active member in good standing of the bar of the State of New York, hereby applies for admission in the Northern District of California on a *pro hac vice* basis representing Robert Higareda, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest Court of the State of New York, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

ANDREW J. OGILVIE (SBN 57932)
KEMNITZER, ANDERSON, BARRON,

Page 1

1  
2  OGILVIE & BREWER LLP
3  445 Bush Street, Sixth Floor
   San Francisco, California 94108
   Tel: 415/861-2265

4  I declare under perjury that the foregoing is true and correct.

5  
6  Dated: 1/8/08

7  
8  
9  _____
10 Stephen T. Rodd