**E-FILING**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

| | |
|---|---|
| ROBERT HIGAREDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. C07-5268 HRL<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ORIN KURTZ *PRO HAC VICE*<br><br>**FILED**<br>JAN 1 4 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

Orin Kurtz, an active member in good standing of the bar of the State of New York whose business address and telephone number is Abbey, Spanier, Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, 212-889-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Robert Higareda.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*

Dated: 1/14/08

_____
Howard R. Lloyd, U.S.M.J.