**E-FILING**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN 10 PM 3:52
RICHARD W. WIEKING
NO. DIST. COURT
NO. DIST. OF CA S.J.

| | |
|---|---|
| ROBERT HIGAREDA, on behalf of himself and all others similarly situated, | CASE NO. C-07-5268 HRL |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF STEPHANIE AMIN-GIWNER *PRO HAC VICE* |
| v. | |
| THE HERTZ CORPORATION, a Delaware Corporation, | |
| Defendant. | |

FILED
JAN 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stephanie Amin-Giwner, an active member in good standing of the bar of the State of New York whose business address and telephone number is Abbey, Spanier, Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, 212-889-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Robert Higareda.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*

Dated: 1/14/08

_____
Howard R. Lloyd, U.S.M.J.