UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT HIGAREDA, on behalf of himself and all others similarly situated,

Plaintiff,

v.

THE HERTZ CORPORATION, a Delaware Corporation,

Defendant.

CASE NO. C-07-5268 HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF STEPHEN T. RODD *PRO HAC VICE*

Stephen T. Rodd, an active member in good standing of the bar of the State of New York whose business address and telephone number is Abbey, Spanier, Rodd & Abrams, LLP, 212 East 39th Street, New York, New York 10016, 212-889-3700, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Robert Higareda.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*

Dated: 1/14/08

Howard R. Lloyd, U.S.M.J.