UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ROBERT HIGAREDA, on behalf of himself
and all others similarly situated,

          Plaintiff(s),

          v.

THE HERTZ CORPORATION, a Delaware
Corporation

          Defendant(s).

CASE NO. C-07-5268 HRL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

✓    have not yet reached an agreement to an ADR process
      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference February 5, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Andrew J. Ogilvie | Plaintiff | (415) 861-2265 | ajogil@kabolaw.com |
| Stephen T. Rodd<br>Stephanie Amin-Giwner | Plaintiff | (212) 889-3700 | srodd@abbeyspanier.com<br>samin@abbeyspanier.com |
| Robert J. Stein | Plaintiff | (312) 943-8068 | rob@steinlaw.us |
| Robert A. Dolinko | Defendant | (415) 371-1200 | radolinko@thelen.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 1/15/08

/s/ Andrew J. Ogilvie
Attorney for Plaintiff

Dated: 1/15/08

/s/ Robert A. Dolinko
Attorney for Defendant

Rev 12.05