UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Higareda, on behalf of himself and all others similarly situated,<br><br>       Plaintiff(s),<br><br>    v.<br>The Hertz Corporation,<br><br>       Defendant(s). | No. C -07-5268 HRL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 28, 2008       Signature _Andrew J. Ogilvie_
                                                Counsel for Plaintiff
                                              (Plaintiff, Defendant, or indicate "pro se")