UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Robert Higareda, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>The Hertz Corporation, a Delaware corporation,<br><br>　　　　Defendant. | No. C07-05268<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for February 5, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: January 29, 2008　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Stephanie Dawn Amin-Giwner    samin@abbeyspanier.com

Christopher David Baker    cdbaker@thelenreid.com, lschuh@thelen.com

Robert A. Dolinko    radolinko@thelenreid.com, lschuh@thelen.com

Andrew Jones Ogilvie    ajogil@kabolaw.com, carol@kabolaw.com