UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA,<br><br>        Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION et al,<br><br>        Defendant. | Case Number: CV07-05268 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Robert J Stein
Divencenzo Schonfield Swartzman
33 LaSalle Street
29th Floor
Chicago, IL 60602


Dated: January 29, 2008

                                          Richard W. Wieking, Clerk
                                          By: Tiffany Salinas-Harwell, Deputy Clerk