**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA, | No. C 07-05268 JW |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE SETTING INITIAL CASE MANAGEMENT CONFERENCE |
| THE HERTZ CORPORATION, | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to Reassignment of this case the previous case management conference set for February 5, 2008 before Magistrate Howard R. Lloyd is VACATED.  A case management conference has been set before Judge James Ware for **March 3, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st  Street, San Jose, California.  The parties are to file a joint case management statement by February 22, 2008

Dated:  January 30, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by:  _____/s/_____
Elizabeth Garcia
Courtroom Deputy