ROBERT A. DOLINKO (State Bar No. 076256)
radolinko@thelen.com
CHRIS BAKER (State Bar No. 181557)
cbaker@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street; Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
THE HERTZ CORPORATION

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
Andrew J. Ogilvie (State Bar No. 57932)
ajogil@kabolaw.com
445 Bush Street, Sixth Floor
San Francisco, California 94108
Tel: 415/861-2265
Fax: 415/861-3151

Attorneys for Plaintiff
ROBERT HIGAREDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. C-07-5268 JW<br><br>**CERTIFICATE OF SERVICE** |

    I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On February 25, 2008, I served the following entitled document:

**JOINT CASE MANAGEMENT STATEMENT**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

> Orin Kurtz
> Abbey Spanier Rodd & Abrams LLP
> 212 East 39th Street
> New York, NY  10016
>
> Stephen T. Rodd
> Abbey Gardy, LLP
> 212 East 39th Street
> New York, NY  10016
>
> Robert J. Stein, III
> Divencenzo Schonfield Swartzman
> 33 LaSalle Street
> 29th Floor
> Chicago, IL  60602

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business.  And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 25, 2008, at San Francisco, California.

/s/ Lisa Schuh _____
Lisa Schuh