ROBERT A. DOLINKO (State Bar No. 076256)
radolinko@thelen.com
CHRIS BAKER (State Bar No. 181557)
cbaker@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street; Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
THE HERTZ CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 5:07-CV-05268-JW-HRL<br><br>**DECLARATION OF ROBERT A. DOLINKO IN SUPPORT OF DEFENDANT'S MOTION TO STAY**<br><br>Date: May 5, 2008<br><br>Time: 9:00 a.m. |

I, Robert A. Dolinko, hereby declare and state:

1.      I am a partner in the law firm of Thelen Reid Brown Raysman & Steiner LLP and I am one of the attorneys of record for Defendant The Hertz Corporation ("Hertz") in the above-captioned action. I also am counsel for Hertz in the action pending in state court and in the Ninth Circuit entitled Friend, et. al. v. The Hertz Corporation. I have personal knowledge of the facts set forth in this declaration.

2.	A true and correct copy of the Complaint filed in the <u>Friend, et al. v. The Hertz Corporation</u> case is attached to this declaration as Exhibit 1.

3.	A true and correct copy of the Complaint filed in this action, <u>Higareda v. The Hertz Corporation</u>, is attached to this declaration as Exhibit 2.

4.	A true and correct copy of Judge Chesney's remand order in the <u>Friend, et al. v. The Hertz Corporation</u> case is attached to this declaration as Exhibit 3.

5.	On January 24, 2008, Hertz petitioned the Ninth Circuit Court of Appeals for permission to appeal Judge Chesney's remand order in the <u>Friend/Nhieu</u> Action. In doing so, Hertz asserted that the order conflicted with other district court decisions concerning Hertz, controlling legal precedent and the underlying purposes of diversity jurisdiction. As of this date, Hertz' petition remains pending before the Court of Appeals.

6.	On behalf of Defendant Hertz in this action, on January 25, 2008 I issued a Notice of Deposition of Plaintiff Higareda and scheduled that deposition for February 29, 2008.

7.	On February 15, 2008, I received by fax a letter from Stephanie Amin-Giwner stating in pertinent part that Plaintiff "is currently serving in the military overseas and will therefore be unable to attend the deposition noted for February 29, 2008. As soon as we know when Mr. Higareda will be returning to the States, we will advise you so that his deposition can be scheduled." A true and correct copy of counsel's letter is attached to this declaration as Exhibit 4.

8.	On February 19, 2008, I responded with a letter to Ms. Amin-Giwner confirming our understanding that Plaintiff would not return from Iraq until August 2008, and requesting that Plaintiff either voluntarily dismiss his action or agree to a stay of all proceedings until he returned from Iraq. A true and correct copy of this letter is attached to this declaration as Exhibit 5

9.	Plaintiff's counsel did not respond directly to my letter of February 19th, but stated in the Joint Case Management Statement filed on February 22, 2008 that Plaintiff "is willing and

- 2 -

- 3 -

1  able to comply with his obligations as a Class Representative and to timely respond to written
2  discovery requests and to have his deposition taken when he returns to the States." (Joint CMC
3  Statement at 6:15-18.)   The Statement further noted that Plaintiff Higareda "is unable to attend the
4  deposition noticed for February 29, 2008 due to his deployment overseas.  Plaintiff's counsel will
5  notify Defendant when Plaintiff will return to the States in order to promptly schedule his
6  deposition." (Joint CMC Statement at 9:3-6.)

7       10.     A true and correct copy of Plaintiff Higareda's First Set of Document Requests is attached to this declaration as Exhibit 6.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 19, 2008 at San Francisco, California.

*Robert A. Dolinko*
Robert A. Dolinko