Exhibit 4

**ABBEY SPANIER RODD & ABRAMS, LLP**
ATTORNEYS AT LAW

212 EAST 39TH STREET

NEW YORK, NEW YORK 10016

PHONE 212 889 3700

FAX 212 684 5191

www.abbeyspanier.com

STEPHANIE AMIN-GIWNER

samin@abbeyspanier.com

Admitted in NY and MD

February 15, 2008

**VIA FACSIMILE and U.S. MAIL**

Robert A. Dolinko, Esq.
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco, California 94105

Re:  <u>Higareda v. The Hertz Corporation, Case No. C-07-5268 HRL</u>

Dear Robert:

I write concerning the discovery recently served in the above litigation. As you may be aware, Mr. Higareda is currently serving in the military overseas and will therefore be unable to attend the deposition noticed for February 29, 2008. As soon as we know when Mr. Higareda will be returning to the States, we will advise you so that his deposition can be scheduled.

In addition, Plaintiff requests a 30-day extension to respond to Defendant's First Set of Interrogatories and Requests for Production of Documents served on January 22, 2008.

Very truly yours,

Stephanie Amin-Giwner

cc: Frank B. Shuster, Esq. (by Facsimile)
Andrew J. Ogilivie, Esq. (by Facsimile)
Robert J. Stein, III, Esq. (by Facsimile)

# ABBEY SPANIER RODD & ABRAMS, LLP
### 212 EAST 39TH STREET • NEW YORK, NEW YORK 10016
### TELEPHONE: 212-889-3700 • FAX: 212-684-5191

## FACSIMILE TRANSMITTAL SHEET

**Date:** February 15, 2008          **Case:** Hertz CA

**From:** Stephanie Amin-Giwner, Esq.

**Pages:** 2 (including cover sheet)

### PLEASE DELIVER IMMEDIATELY TO:

| Name | Firm | Fax No. |
|---|---|---|
| Robert A. Dolinko, Esq. | Thelen Reid Brown Raysman & Steiner LLP | 415-371-1211 |
| Frank B. Shuster, Esq. | Constangy, Brooks & Smith, LLC | 404-525-6955 |
| Andrew J. Ogilivie, Esq. | Kemnitzer, Anderson, Barron, Ogilvie & Brewer Llp | 415-861-3151 |
| Robert J. Stein, III, Esq. | Adorno Yoss Alvarado & Smith | 714-852-6889 |

Please call Shirley A. Batts at 212-889-3700 immediately if you do not receive a complete and legible copy.

The original of the transmitted document will be sent by: [] Ordinary Mail [] Messenger [] Overnight Mail [X] This will be the only form of delivery of the transmitted document(s).

### • MESSAGE •

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this facsimile message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone and return the original message to us at the address above via the United States Postal Service. We will reimburse any costs you incur in notifying us and returning the message to us. Thank you.