1  ROBERT A. DOLINKO (State Bar No. 076256)
   radolinko@thelen.com
2  CHRIS BAKER (State Bar No. 181557)
   cbaker@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street; Suite 1800
4  San Francisco, CA 94105
   Telephone:  (415) 371-1200
5  Facsimile:   (415) 371-1211

6  Attorneys for Defendant
   THE HERTZ CORPORATION
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBERT HIGAREDA, individually and on        Case No.:  5:07-CV-05268-JW-HRL
   behalf of others similarly situated,
12
                  Plaintiff,                   **CERTIFICATE OF SERVICE**
13
          vs.
14
   THE HERTZ CORPORATION, a Delaware
15 corporation,

16                Defendant.

17

18

19

20      I am over the age of 18 and not a party to the within action.  I am employed in the County

21 of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP.  My

22 business address is 101 Second Street, Suite 1800, San Francisco, California  94105.

23      On March 19, 2008, I served the following entitled documents:
24          DEFENDANT THE HERTZ CORPORATION'S
            NOTICE OF MOTION AND MOTION TO STAY
25          PROCEEDINGS; MEMORANDUM OF POINTS AND
            AUTHORITIES IN SUPPORT OF MOTION TO STAY
26
            DECLARATION OF ROBERT A. DOLINKO IN
27          SUPPORT OF DEFENDANT'S MOTION TO STAY

28

SF #1445301 v1                              -1-
                        CERTIFICATE OF SERVICE BY MAIL

by placing true and correct copies thereof in sealed envelopes addressed as follows:

> Orin Kurtz
> Abbey Spanier Rodd & Abrams LLP
> 212 East 39th Street
> New York, NY 10016
>
> Robert J. Stein, III
> Divencenzo Schonfield Swartzman
> 33 LaSalle Street
> 29th Floor
> Chicago, IL 60602

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above documents to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2008, at San Francisco, California.

_____
Lisa Schuh