1  ROBERT A. DOLINKO (State Bar No. 076256)
   radolinko@thelen.com
2  CHRIS BAKER (State Bar No. 181557)
   cdbaker@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street; Suite 1800
4  San Francisco, CA 94105
   Telephone:  (415) 371-1200
5  Facsimile:   (415) 371-1211

6  Attorneys for Defendant
   THE HERTZ CORPORATION
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | **ROBERT HIGAREDA, individually and on behalf of others similarly situated,** | Case No.:  5:07-CV-05268-JW-HRL |
   |---|---|
   | **Plaintiff,** | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR STAY** |
   | **vs.** | Date: May 5, 2008 |
   | **THE HERTZ CORPORATION, a Delaware corporation,** | Place: Courtroom 8 – San Jose<br>Time: 9:00 a.m. |
   | **Defendant.** | |

18

19      Defendant The Hertz Corporation's Motion to Stay Proceedings was heard on May 5,

20 2008.  Having considered the parties written submissions, having heard oral argument, and good

21 cause appearing therefor, IT IS HEREBY ORDERED that Defendant's motion for a stay of

22 proceedings is GRANTED.

23      This action is stayed pending Plaintiff Robert Higareda's return to the States from active

24 military duty overseas.  While it is currently anticipated that Plaintiff will return in August 2008,

25 counsel for Plaintiff shall notify the Court and counsel for Defendant when Plaintiff has in fact

26 returned from active duty.

27 ///

28 ///

C:\Documents and Settings\lschuh\Local Settings\Temporary Internet Files\OLK31\DOCS_SF-#1445344-v1-Proposed_Order_Granting_Stay.DOC

1    IT IS SO ORDERED.

Dated:  May __, 2008

_____
United States District Judge