ROBERT A. DOLINKO (State Bar No. 076256)
radolinko@thelen.com
CHRIS BAKER (State Bar No. 181557)
cbaker@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street; Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-1200
Facsimile: (415) 371-1211

Attorneys for Defendant
THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No.: 5:07-CV-05268-JW-HRL<br><br>**CERTIFICATE OF SERVICE** |

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On March 21, 2008, I served the following entitled documents:

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR STAY

by placing true and correct copies thereof in sealed envelopes addressed as follows:

Orin Kurtz
Abbey Spanier Rodd & Abrams LLP
212 East 39th Street
New York, NY 10016

Robert J. Stein, III
Divencenzo Schonfield Swartzman
33 LaSalle Street
29th Floor
Chicago, IL 60602

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above documents to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2008, at San Francisco, California.

_____
Lisa Schuh