ROBERT A. DOLINKO (State Bar No. 076256)
radolinko@thelen.com
CHRIS BAKER (State Bar No. 181557)
cdbaker@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street; Suite 1800
San Francisco, CA 94105
Telephone:  (415) 371-1200
Facsimile:   (415) 371-1211

Attorneys for Defendant
THE HERTZ CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA, individually and on behalf of others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE HERTZ CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No.:  5:07-CV-05268-JW-HRL<br><br>**DEFENDANT THE HERTZ CORPORATION'S REQUEST THAT ITS MOTION TO STAY BE TAKEN OFF CALENDAR**<br><br>Date: May 5, 2008<br>Time: 9:00 a.m. |

　　　　Whereas Defendant The Hertz Corporation ("Defendant" or "Hertz") has been informed by Plaintiff's counsel that (a) Plaintiff Higareda has returned to California from overseas military service and is available for an in-person deposition and other discovery, and (b) Plaintiff intends to voluntarily dismiss this action without prejudice and join with Plaintiffs Friend and Nhieu in an earlier filed related case against Hertz entitled *Friend, et al. v. The Hertz Corporation*, Alameda Superior Court Case No. RG 07344896 (request for permission to appeal from remand order pending in Ninth Circuit).

///

///

///

SF #1463922 v1

-1-

1  PLEASE TAKE NOTICE that Hertz hereby requests that its Motion to Stay Proceedings
2  (presently set for hearing on May 5th) be taken off calendar.
3  Dated: April 11, 2008

4                                         THELEN REID BROWN RAYSMAN & STEINER LLP

6                                         By  /s/ Robert A. Dolinko, Esquire
                                              Robert A. Dolinko
7                                             Chris Baker
                                              Attorneys for Defendant
8                                             THE HERTZ CORPORATION