1  ROBERT A. DOLINKO (State Bar No. 076256)
   radolinko@thelen.com
2  CHRIS BAKER (State Bar No. 181557)
   cbaker@thelen.com
3  THELEN REID BROWN RAYSMAN & STEINER LLP
   101 Second Street; Suite 1800
4  San Francisco, CA 94105
   Telephone:  (415) 371-1200
5  Facsimile:   (415) 371-1211

6  Attorneys for Defendant
   THE HERTZ CORPORATION
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | ROBERT HIGAREDA, individually and on behalf of others similarly situated, | Case No.:  5:07-CV-05268-JW-HRL |
   |---|---|
   | Plaintiff, | **CERTIFICATE OF SERVICE** |
   | vs. | |
   | THE HERTZ CORPORATION, a Delaware corporation, | |
   | Defendant. | |

20     I am over the age of 18 and not a party to the within action.  I am employed in the County

of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP.  My

business address is 101 Second Street, Suite 1800, San Francisco, California  94105.

       On April 11, 2008, I served the following entitled documents:
            DEFENDANT THE HERTZ CORPORATION'S
            REQUEST THAT ITS MOTION TO STAY BE TAKEN
            OFF CALENDAR

by placing true and correct copies thereof in sealed envelopes addressed as follows:

1
2      Orin Kurtz
       Abbey Spanier Rodd & Abrams LLP
3      212 East 39th Street
       New York, NY  10016
4
       Robert J. Stein, III
5      Divencenzo Schonfield Swartzman
       33 LaSalle Street
6      29th Floor
       Chicago, IL  60602
7
8
9      I am readily familiar with the firm's business practice for collection and processing of
10 correspondence for mailing with the United States Postal Service.  On this day, I placed for
11 collection and processing the above documents to be deposited with the United States Postal
12 Service in the ordinary course of business.  And in the ordinary course of the firm's business, such
13 correspondence is deposited with the United States Postal Service the same day that it is collected.
14     I declare under penalty of perjury under the laws of the United States of America that the
15 foregoing is true and correct.
16     Executed on April 11, 2008, at San Francisco, California.

                                    /s/  Lisa Schuh_____
                                         Lisa Schuh

17
18
19
20
21
22
23
24
25
26
27
28