ANDREW J. OGILVIE (State Bar No. 57932)
E-Mail: ajogil@kabolaw.com
KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER LLP
445 Bush Street, Sixth Floor
San Francisco, California 94108
Tel: (415) 861-2265
Fax: (415) 861-3151

Attorneys for Plaintiff Robert Higareda

ROBERT A. DOLINKO (State Bar No. 076256)
E-Mail: radolinko@thelen.com
CHRIS BAKER (State Bar No. 181577)
cdbaker@thelen.com
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 371-1200
Fax: (415) 371-1211

Attorneys for Defendant The Hertz Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT HIGAREDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. C-07-5268 JW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>[Proposed] Order filed concurrently herewith |

Plaintiff Robert Higareda ("Plaintiff") and Defendant The Hertz Corporation ("Hertz"), by and through their counsel of record hereby enter into this Stipulation of Dismissal Without Prejudice with reference to the following recitals:

**RECITALS**

A. Plaintiff filed the instant lawsuit against Defendant The Hertz Corporation on September 10, 2007, in the Superior Court of California for the County of Santa Clara. Defendant removed the case to the United States District Court for the Northern District of California - San Jose Division.

B. On May 19, 2008, The Honorable Bonnie Lewman Sabraw of the Superior Court of California County of Alameda granted an Order Regarding the Filing of Plaintiffs' First Amended Complaint, pursuant to which Plaintiff Robert Higareda, joined an existing lawsuit against Hertz, captioned Friend v. Hertz Corporation, Case No. RG07344896, as a named plaintiff.

Based on the foregoing, Plaintiff and Defendant stipulated and agree as follows:

**STIPULATION**

1. The operative complaint in the above-captioned action is hereby dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

2. Each party shall bear his or its own fees and costs incurred in this litigation.

Dated: May 29, 2008

        KEMNITZER, ANDERSON, BARRON,
        OGILVIE & BREWER LLP

        _____/s/_____
        Andrew J. Ogilvie (State Bar No. 57932)
        ajogil@kabolaw.com
        445 Bush Street, Sixth Floor
        San Francisco, California 94108
        Tel: 415/861-2265

        Stephen T. Rodd *pro hac vice*
        srodd@abbeyspanier.com
        Stephanie Amin-Giwner *pro hac vice*
        samin@abbeyspanier.com

|   |   |
|---|---|
| 1 | Orin Kurtz *pro hac vice* |
| 2 | okurtz@abbeyspanier.com |
|   | ABBEY SPANIER RODD & ABRAMS, LLP |
| 3 | 212 East 39th Street |
|   | New York, New York 10016 |
| 4 | Telephone: (212) 889-3700 |
| 5 | Facsimile: (212) 684-5191 |
| 6 | Robert J. Stein III (State Bar No. 212495), *of Counsel* |
|   | DIVINCENZO SCHOENFIELD SWARTZMAN |
| 7 | 33 N. LaSalle Street, 29th Floor |
|   | Chicago, IL 60602 |
| 8 | Telephone: (312) 943-8068 |
| 9 | Facsimile: (312) 577-0964 |
|   | rob@steinlaw.us |
| 10 | Counsel for Plaintiff and the Class |

Dated: May 29, 2008

THELEN, REID BROWN RAYSMAN & STEINER LLP

By:_____/s/_____
    Robert A. Dolinko (State Bar No. 076256)
    radolinko@thelen.com
    Chris Baker (State Bar No. 181557)
    cdbaker@thelen.com
    101 Second Street, Suite 1800
    San Francisco, California 94105
    Telephone: (415) 371-1200
    Facsimile: (415) 371-1211

Counsel for Defendant
The Hertz Corporation

**Certification of holographic signatures**:
I certify that I have in my file authorizations to file this document from all persons designated by the "/s/." I declare that the foregoing is true and correct. Executed in San Francisco, California on May 29, 2008.

              /s/
    Andrew J. Ogilvie