# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. C-07-5268 JW<br><br>**[PROPOSED] ORDER RE: STIPULATED DISMISSAL WITHOUT PREJUDICE** |

Based on the above Stipulation, this Court hereby orders Plaintiff's Complaint against Defendant, The Hertz Corporation, is to be and herewith is dismissed WITHOUT prejudice.

**IT IS SO ORDERED.**

Dated:_____

By:_____
James Ware, U.S.D.J.

*Higareda v. The Hertz Corporation*, Case No. C 07-05268 HRL
STIPULATION OF DISMISSAL WITHOUT PREJUDICE                    Page 1