**IT IS SO ORDERED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HIGAREDA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware Corporation,<br><br>Defendant. | CASE NO. C-07-5268 JW<br><br>[PROPOSED] ORDER RE: STIPULATED DISMISSAL WITHOUT PREJUDICE |

Based on the above Stipulation, this Court hereby orders Plaintiff's Complaint against Defendant, The Hertz Corporation, is to be and herewith is dismissed WITHOUT prejudice.

**IT IS SO ORDERED.**    The Clerk shall close this file.

Dated: _____June 3, 2008_____

By: _____/s/ James Ware_____
JAMES WARE
United States District Judge